IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO A. SAAVEDRA, | No. C-11-3487 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER OF DISMISSAL AND GRANTING LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> |
| MATTHEW CATE, CDCR-Director, | |
|     Respondent. | |
| / | Doc. #2 |

Petitioner, a state prisoner presently incarcerated at California Men's Colony - East, California State Prison in San Luis Obispo, California has filed a second or successive Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, challenging a 1998 criminal judgment from Santa Clara Superior Court.  Doc. #1.

According to the Court's docket, on November 26, 2001, Petitioner filed a Petition challenging the same judgment, and this Court denied relief on August 8, 2005.  See <u>Saavedra v. Runnels</u>, No. C-01-4454-TEH (PR), Doc. #39.  Petitioner appealed, and that appeal was denied by the Ninth Circuit on December 12, 2006.  See <u>Saavedra</u>

1 **v. Runnels**, 210 Fed. Appx. 747 (9th Cir. 2006).[1]

2      A second or successive petition may not be filed in the
3 district court unless the petitioner first obtains from the
4 appropriate federal court of appeals an order authorizing the
5 district court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).
6 Petitioner has not obtained an order from the Ninth Circuit
7 authorizing this Court to consider the instant petition.
8 Accordingly, the Petition is DISMISSED without prejudice to refiling
9 if Petitioner obtains the necessary order.

10      Good cause appearing, Petitioner's *in forma pauperis*
11 application is GRANTED.  Doc. #2.

12      The Clerk shall terminate any pending motions as moot and
13 close the file.

15      IT IS SO ORDERED.

17 DATED     *01/25/2012*                    _____
                                            THELTON E. HENDERSON
18                                          United States District Judge

23 G:\PRO-SE\TEH\HC.11\Saavedra-11-3487-dismissal-successive.wpd

---

[1] United States Court of Appeals, Ninth Circuit, Rule 36-3(ii) prohibits citations of unpublished dispositions and orders issued before January 1, 2007, except when cited for factual purposes, as is the case here.  9th Cir. R. 36-3(ii).

2